United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGEY FIRSOV,

                Plaintiff,

        v.

SKYWEST AIRLINES, INC., et al.,

                Defendants.

Case No.  26-cv-00343-SVK

**CORRECTED ORDER RE APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: Dkt. No. 3

Self-represented plaintiff Sergey Firsov has filed an application to proceed *in forma pauperis* ("IFP").  Dkt. 3.  Having reviewed Plaintiff's IFP application, the relevant law and the record in this matter, the Court **DENIES** Plaintiff's IFP application.

A district court may authorize a plaintiff to proceed in forma pauperis if the court is satisfied the would-be plaintiff cannot pay the filing fees required to pursue the lawsuit. *See* 28 U.S.C. § (a)(1). "The right to proceed without prepayment of fees in a civil case is a privilege and not a right." *Elmer v. Comm'r of Soc. Sec.*, No. 22-cv-01045-SAB, 2022 WL 5237463, at *1 (E.D. Cal. Sept. 21, 2022), *report and recommendation adopted*, No. 22-cv-1045-AWI-SAB, 2022 WL 9452375 (E.D. Cal. Oct. 14, 2022) (citing *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 198 n.2 (1993)). "In order to proceed in court without prepayment of the filing fee, a plaintiff must submit an affidavit demonstrating that he 'is unable to pay such fees or give security therefor.' " *Id.* (quoting 28 U.S.C. § 1915(a)(1)).

This Court, as well as "numerous other judges in this District across [a multitude of] other cases arising [predominantly] from Mr. Firsov's air travel have [] denied his IFP applications when presented with similar financial information" to that presented in Plaintiff's affidavit.  *See L.F. by & Through Firsov v. Church of Scientology of Silicon Valley*, No. 25-cv-03265-SVK, 2025 WL 1616721, at *4 (N.D. Cal. June 5, 2025) (collecting 9 other cases;  based on the Court's

review, the total number of cases filed within the past year by Plaintiff is now 21 – none granting IFP status).  The IFP application in this case contains two changes in status averred to by Plaintiff: (1) "due [to a] crisis in IT" at his employer, his salary was decreased beginning October 13, 2025 and is now a net of $6,600 per month;  and (2) as of November 10, 2025, he "is homeless … according to order of the Superior court of Santa Clara."  *See* Dkt. 3 at 1-3.

"[T]here is no formula set forth by statute, regulation, or case law to determine when someone is poor enough to earn IFP status."  *Escobedo v. Applebees*, 787 F.3d 1226, 1235 (9th Cir. 2015).  On the record before it, the Court does not find either change sufficient to afford Plaintiff IFP status.  First, while Plaintiff's income has decreased, his income remains substantial at $6,600 per month, (*see* Dkt. 3 at 1) and, based on Plaintiff's complaint, (Dkt. 1), he continues purchasing airline travel tickets and exercise discretionary spending at a level that belies his inability to pay the filing fee for this action.  *See* Dkt. 1 at 4-5 (*e.g.*, on December 2 and 28, well after his reduction in salary, Plaintiff purchased multiple airline travel tickets valued in total at approximately $1,000 in sum);  *see also Firsov v. Alaska Airlines*, No. 25-cv-2841-NW (NC), Dkt. 10 at 2 (finding that Plaintiff had "not shown that he could not afford to pay the Court filing fee if he adjusted or deferred other of his discretionary expenses.").  Second, while homelessness or inability to pay rent would tell in favor of IFP status, Plaintiff's application is inconsistent on this matter:  Despite averring that he is homeless, he claims a monthly expense of $2,300 in rent owed.  *Compare* Dkt. 3 at 3 *with id.* at 4.

Accordingly, Plaintiff's IFP application is **DENIED**.  Plaintiff must pay the entire filing fee of $405.00 in full by **no later than February 23, 2026**.  Failure to timely pay the filing fee may result in dismissal of this action without prejudice.

**SO ORDERED.**

Dated: January 26, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2