**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SERGEY FIRSOV, | Case No.  5:26-cv-00343-BLF |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO AMEND** |
| SKYWEST AIRLINES, INC., et al., | [Re: ECF No. 28] |
| Defendants. | |

Pro se Plaintiff Sergey Firsov filed a motion seeking leave to file an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) to "substitute" Amadeus IT Group, S.A., for the party named in the complaint, Amadeus North America, Inc.  ECF No. 28.  In response, Amadeus North America, Inc. filed a brief requesting that it be dismissed from this action based on Mr. Firsov's admission that it was named in the complaint by mistake.  ECF No. 34.  The Court finds the matter suitable for decision without a hearing and DENIES the motion.

The Court ordinarily must grant a motion for leave to amend unless one or more of the Foman factors is present: (1) undue delay, (2) bad faith or dilatory motive, (3) repeated failure to cure deficiencies by amendment, (4) undue prejudice to the opposing party, or (5) futility of amendment.  *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051–52 (9th Cir. 2003).  The local rules require that parties "moving to file an amended pleading [to] reproduce the entire proposed pleading."  Civ. L.R. 10-1.

Mr. Firsov's motion is difficult to parse but appears to seek leave to (1) add Amadeus IT Group S.A. as a party and (2) add a claim against Amadeus IT Group S.A. and/or Amadeus North America for "defraud[ing] passengers to avoid liability" by failing to properly "register[] in USA [sic]."  ECF No. 28 at 1.  Mr. Firsov attached to his motion a single page of a form complaint

naming "Amadeus IT Group SA dba AMADEUS NORTH AMERICA" as a defendant and alleging that "Defendant has failed to register business in states/USA" and that "[f]ailure to register a foreign business leads to serious consequences, including voiding all contracts." *Id.* at 4. The motion is procedurally improper because Mr. Firsov has failed to comply with the local rules requiring him to "reproduce the *entire* proposed pleading." Civ. L.R. 10-1 (emphasis added). The motion is accordingly DENIED.

IT IS HEREBY ORDERED THAT:

(1) The motion is DENIED without prejudice to re-filing a motion seeking leave to add Amadeus IT Group, S.A. as a party and to remove Amadeus North America, Inc. as a party.

(2) Any re-filed motion SHALL include as an attachment a proposed amended complaint as required by the local rules.

(3) The Court advises the Parties to meet and confer regarding a stipulation to dismiss the incorrectly named Amadeus North America, Inc. or to otherwise extend Amadeus North America, Inc.'s time to respond to the complaint.

**IT IS SO ORDERED.**

Dated:  May 27, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2